942

Patrick ESCH, Dennis Esch, Timothy Esch, Paul Esch, David Esch, Regina Worthington, Raymond Esch, Donald Esch, Judy Esch Brown, and L J Farms, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5145.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Anthony L. FARRERO, Petitioner,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, Respondent.

No. 01–3287.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2001.

Before MAYER, Chief Judge, MICHEL and LOURIE, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ˙ ORDER and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.